**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-1397**

MAJOR MIKE WEBB,

Plaintiff - Appellant,

v.

ALFRED STREET BAPTIST CHURCH; GLENN YOUNGKIN, in official capacity; VIRGINIA DEPARTMENT OF HEALTH; JUSTIN WILSON, in official capacity; ABYSSINIAN BAPTIST CHURCH; SHILOH BAPTIST CHURCH; EBENEZER BAPTIST CHURCH,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:23-cv-00096-LMB-JFA)

Submitted:  August 29, 2023                    Decided:  August 31, 2023

Before KING, AGEE, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mike Webb, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Major Mike Webb appeals the district court's order denying his motion for an enlargement of time to appeal. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *Webb v. Alfred St. Baptist Church*, No. 1:23-cv-00096-LMB-JFA (E.D. Va. March 21, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*